Chief District Judge David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DINESH MAHARJAN, | No. 3:23-cv-5000-DGE |
| Plaintiff, | STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | Noted for Consideration: February 22, 2023 |
| Defendants. | |

Plaintiff Maharjan brings this litigation pursuant to the Administrative Procedure Act and the Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-485, Application to Register Permanent Residence or Adjust Status. Defendants have not yet responded to the complaint. For good cause, the parties request that the case be held in abeyance until July 11, 2023.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION TO HOLD CASE IN ABEYANCE - 1
(23-cv-5000-DGE)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

On February 17, 2023, USCIS issued a Notice of Intent to Revoke ("NOIR") Mr. Maharjan's prior Form I-140 (Petition for Alien Worker) approval. Mr. Maharjan has until May 21, 2023 to respond to the NOIR. The adjudication of the Form I-485 is dependent on the outcome of the revocation process. USCIS will review Mr. Maharjan's response to the NOIR, if any is submitted, and issue a revocation decision thereafter. As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until July 11, 2023. The parties will submit a joint status report on or before July 11, 2023.

Dated: February 22, 2023                             Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

 *s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  206-428-3824
Email:  michelle.lambert@usdoj.gov
*Attorneys for Defendants*


*s/Nicholas Power*
NICHOLAS POWER, WSBA# 45972
Law Office of Nicholas Power
5040 Guard, Ste. 150
Friday Harbor, Washington 98250
Phone: 360-298-0464
Email:  nickedpower@gmail.com

STIPULATED MOTION TO HOLD CASE IN ABEYANCE - 2
(23-cv-5000-DGE)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*s/James O. Hacking, III*
JAMES O. HACKING, III
Hacking Immigration Law, LLC
10121 Manchester Rd., Ste. A
St. Louis, Missouri 63122
Phone: 314-961-8200
Email: jim@hackingimmigrationlaw.com
*PHV
*Attorneys for Plaintiff*

STIPULATED MOTION TO HOLD CASE IN ABEYANCE - 3
(23-cv-5000-DGE)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The case is held in abeyance until July 11, 2023.  The parties shall submit a joint status report on or before July 11, 2023.  It is so **ORDERED**.

DATED this 1st day of March, 2023.



David G. Estudillo
United States District Judge

STIPULATED MOTION TO HOLD CASE IN ABEYANCE - 4
(23-cv-5000-DGE)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970